UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDNA DUKE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:08CV00457 AGF |
| | ) | |
| ALLSTATE PROPERTY AND CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**IT IS HEREBY ORDERED** that the jury in this cause be kept together and the jury meals shall be furnished at the expense of the United States.

	*[signature]*
	AUDREY G. FLEISSIG
	United States Magistrate Judge

Dated this 1st day of July, 2009.



**Eagle's Nest Cafe'**
111 S. 10th Street
St. Louis MO 63102
(314) 539 - 6762

# Invoice

Number: **2716**

Date: **July 01, 2009**

**Bill To:**
Judge Audrey G. Fleissig
111 S. 10 th St.
St. Louis, MO 63102

**Ship To:**
Judge Audrey G. Fleissig
111 S. 10 th St.
St. Louis, MO 63102

| Customer | Terms | Project |
|---|---|---|
|  |  |  |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
|  | Jury Meals | 7.00 | 7.50 | 52.50 |

*C. Rice*

**Total** **$52.50**

Thank You